In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00448-CV**

_____

**IN THE MATTER OF W.T.M.**

_____

**On Appeal from the County Court at Law
Polk County, Texas
Trial Cause No. JUV03529**

_____

**MEMORANDUM OPINION**

The appellant, W.T.M., filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

Submitted on May 11, 2020
Opinion Delivered October 8, 2020

Before McKeithen, C.J., Kreger and Horton, JJ.

1